BARRERA & ASSOCIATES
Patricio T.D. Barrera (SBN 149696)
Jeremy H. Herwitt (SBN 253861)
2298 E. Maple Avenue
El Segundo, CA 90245
Telephone:  310.802.1500
Fax:   310.802.0500

CALDERONE LAW FIRM
Vincent Calderone (SBN 164672)
2321 Rosecrans Ave., Suite 1265
El Segundo, CA 90245
Telephone: 424.348.8290

Attorneys for Plaintiff
DRAGAN ZARIC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAGAN ZARIC, an individual, | Case No. 2:22-cv-03060-FLA-E |
| Plaintiff, | [*Assigned for all Purposes to the Honorable Hon. Fernando L. Aenlle-Rocha*] |
| v. | |
| MICROSOFT CORPORATION, a Washington Corporation; and DOES 1 through 10, inclusive, | **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| Defendants | |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiff Dragan Zaric and Defendant Microsoft Corporation (collectively referred to herein as the "Parties") have reached an agreement in principle to fully settle the entire action. The Parties are in the process of finalizing the terms of the settlement and anticipate filing a Request for Dismissal with the Court within forty-five (45) days of today's date.

/ / /

| | |
|---|---|
| 1  Dated: June 16, 2022 | BARRERA & ASSOCIATES |
| 2 | |
| 3 | By:  */s/ Jeremy H. Herwitt* |
| 4 | Patricio T.D. Barrera |
| 5 | Jeremy H. Herwitt<br>Attorneys for Plaintiff<br>DRAGAN ZARIC |